MEHRAN ASO DAVOODI & SEYEDI GALAVIJ
1651 E. EDINGER AVE SUITE #100
SANTA ANA, CA 92705
INFO@OCLDP.COM
MEHRAN6474@HOTMAIL.COM
714-723-4744 |

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 3 0 2023
CENTRAL DISTRICT OF CALIFORNIA
BY PVE            DEPUTY

- IFP Submitted.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTEN DIVISION

| | |
|---|---|
| MEHRAN ASO DAVOODI & GALAVIJ SEYEDI<br>Plaintiffs,<br>vs.<br>TURKISH AIRLINES INC, and DOES 1-10, inclusive<br><br>Defendant | Case No. 8:23-cv-01171-JWH-(JCx)<br><br>**PLAINTIFF'S COMPLAINT FOR PERSONAL INJURY DAMAGES**<br><br>**DEMAND FOR JURY TRIAL** |

PLAINTIFF'S COMPLAINT FOR PERSONAL INJURY DAMAGES DEMAND FOR JURY TRIAL
-PAGE - 1 -

Plaintiffs, Mehran Aso Davoodi & GALAVIJ SEYEDI, have file d complaint against TURKISH AIRLINES, and DOES 1-10, inclusive, for damages for personal injury, respectfully allege as follows:

## SUBJECT MATTER JURISDICTION

1. This Court has jurisdiction over the subject matter of this case pursuant to Article 33 of the Convention for the Unification of Certain Rules for International Carriage by Air (Montreal, May 28, 1999) (hereinafter the "Montreal Convention "), which both the United States of America and Turkey have signed and adopted. Specifically, under Article 33(2) of the Montreal Convention, Plaintiffs MEHRAN ASO DAVOODI & GALAVIJ SEYEDI have their principle and permanent residence in this district; TURKISH AIRLINES operates services for the carriage of passengers by air, either on its own aircraft or an another carrier's aircraft pursuant to a commercial agreement in this District; TURKISH AIRLINES INC .conducts its business of carriage of passengers by air from premises leased or owned by the carrier itself or by another carrier with which it has a commercial agreement in this District.

2. As the Montreal Convention is a treaty of The United States, this Court has subject matter jurisdiction over this case under 28 U.S.C § 1331.

## PERSONAL JURISDICTION

3. This court has person jurisdiction over Defendants, In that,
   a. TURKISH AIRLINE INC is, and was at the time of the incident, registered as a business entity in California Secretary of State, with an active status. TURKISH AIRLINES INC is and was doing business in and had contacts with the State of California sufficient for this court to exercise jurisdiction. TURKISH AIRLINES INC is a common carrier and is in the Business of operating and maintaining commercial aircrafts and providing travel for hire aboard its aircrafts in this District.
   b. The events which precipitated this action occurred, in part Turkey.

## VENUE

4. Venue is the central District of California, Western Division o, is proper pursuant under 28 U.S.C § 1391, because a substantial part of the events and /or omissions giving rise to the claims as alleged herein occurred in this District and/ or Defendants are otherwise. Subject to personal jurisdiction in this District.

### Parties

5. MEHRAN ASO DAVOODI & GALAVIJ SEYEDI were and are citizens of California and permanently reside in Orange County California.

6. Defendant TURKISH AIRLINES INC was and is a common carrier based in Istanbul, Turkey, and is engaged in the business of operating a commercial airline out of various airports throughout the world, including Los Angeles International Airport.

7. The true names or capacities, whether individual corporate, associate, or otherwise, of Defendants DOES 1 through 10, inclusive, are unknown to Plaintiffs, who therefore sue said Defendants by such fictitious names. Plaintiffs are informed and believe and, on such information, and belief alleged that each of the Defendants sued herein as a DOE is legally responsible in some manner for the events and happening referred. to herein and will ask leave of this court to amend this complaint to insert their true names and capacities in place and instead of fictitious names when the same become known to plaintiffs.

8. Plaintiffs are informed and believe and based thereon allege that at all times mentioned herein each of the Defendant, including all Defendants sued under fictitious names, was was the agent and employee of each of the remaining Defendants, and in doing the things hereinafter alleged, was acting within the course and scope of this agency and employment.

### GENERAL ALLEGATIONS

9. On or about November 02, 2023, Plaintiff Mehran Aso Davoodi booked second plaintiff (mother) GALAVIJ SEYEDI a ticket for Flight date 11/09/2022 from Tabriz Iran to Los Angeles CA  She is a 78 yr. old woman. I had also applied for her disability wheelchair. Ticket Number 2352123071140.

10. On or about 11/09/2022 Plaintiff GALAVIJ SEYEDI (Defendant- TURKISH AIRLINES operated flight from Istanbul airport to Los Angeles airport. But the main Pilot didn't allow plaintiff GALAVIJ SEYEDI to take the flight because he said that she had Alzheimer's and Plaintiff Galavij Syedi was removed from airplane. and told her she needed to be companioned by someone due to her disability. Once Plaintiff was removed from TURKISH AIRLINES INC Plaintiff GALAVIJ SEYEDI she was left there for more than 15 hours no food, no water no hotel, no medication nothing at all not able to communicate with anyone. Those 15 hours caused 78-year-old Plaintiff. GALAVIJ SEYEDI emotional abuse mentally abuse. PLAINTIFF Galavij Seyedi is a green card and is a permanent residence of the United States of America. Turkish Embassy was never contacted. Usually when anyone is removed from a plane, they notify the Embassy or a relative in this case since Plaintiff has a disability.

11. After Plaintiff GALAVIJ SEYEDI was waiting for 15 hours finally someone had let plaintiff Galavij Seyedi use a phone to call her family members and she was able to call someone and that's how Plaintiff Mehran Aso Davoodi was informed about the TURKISH AIRLINES INC NEGLIGENTLY REMOVED Plaintiff GALAVIJ SEYEDI from the plain due to her Disability.

12. As a direct and proximate results of the carless, negligent, wanton, reckless, intentional acts and/or omissions, and violation of law of Defendant, and each of them, as stated herein MEHRAN ASO DAVOODI & GALAVIJ SEYEDI SUFFERED EMTIONAL DISTRESSING MENTAL ANGUISH

## CAUSE OF ACTION
### (VIOLATION OF ARTICLE 17 OF MONTREAL CONVENTIONAL)
**By Plaintiff Mehran Aso Davoodi and Galavij Seyedi Against TURKISH AIRLINES INC AND DOES 1 through 10, Inclusive**

13. Plaintiffs refer to each paragraph above and incorporate those paragraphs as though set forth in full in this cause of action.

14. Pursuant to Article 17 of Montreal Conventional, Defendant TURKISH AIRLINES INC is liable for damages sustained by plaintiff GALAVIJ SEYEDI as passengers aboard. Flight 2352123071140, as said damage occurred while plaintiff was on board the subject flight and or during the operation of the Subject Flight.

15. Defendant TURKISH AIRLINES INC was in exclusive control of flight and owed non-delegable duties to all passengers for its safe operation at of the flight 2352123071140, including when passengers were aboard the plane heading to Los Angeles On or about 11-09-2022.

16. Defendant failed to keep Plaintiff GALAVIJ SEYEDI safe throughout the flight when the pilot removed Plaintiff from the plane and left her there without source of communication knowing that she has a disability and due to her age. Turkish Airlines INC pilot removed her from the plane because she needed to be companioned by someone else, but still the left the 78-year-old Plaintiff GALAVIJ SEYEDI without communicating her family members.

17. In addition, the Plaintiff suffered severe and excruciating pain, distressing mental anguish, emotional distress, and general shock as a result in which Plaintiff was removed from plane without informing her family and her disability.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs prays for judgment against Defendants as follows:

1. Damages to be awarded in an amount to be determined at trial, including general, special, and compensatory damages.
2. For medical and related expenses in an amount to be determined at trial
3. For loss of earnings, past and future in an amount to be determined at trial.
4. For interest as allowed by Law
5. For cost of suit incurred herein and
6. For such other and further relief as the court deems just and proper

Dated: June 29, 2023

PLAINTIFFS

MEHRAN ASO DAVOODI   AND   GALAVIJ SEYEDI

## DEMAND FOR JURY TRIAL

PLAINTIFFS HEREBY DEMANDS A JURY TRIAL.

DATED: June 29, 2023

*[signature]*

PLAINTIFFS

MEHRAN ASO DAVOODI   AND   GALAVIJ SEYEDI